**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7373

JAMES A. FULLARD,

Plaintiff - Appellant,

versus

THELMA BLACKSTON; ALLEN L. SCHWAIT; ROLAND
WALKER; CASSANDRA COSTLEY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:06-cv-01369-RDB)

Submitted: November 15, 2006        Decided:  November 22, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James A. Fullard, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James A. Fullard appeals the district court's order dismissing as frivolous his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny Fullard's motion to stay and dismiss the appeal for the reasons stated by the district court. Fullard v. Blackston, No. 1:06-cv-01369-RDB (D. Md. filed June 6, 2006 & entered June 7, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED